

# Fourth Court of Appeals
## San Antonio, Texas

December 4, 2018

No. 04-18-00601-CV

**ONE THOUSAND FOUR HUNDRED THIRTY-SEVEN DOLLARS** ($1,437.00) in United
States Currency and a 2016 Toyota Corolla VIN 2T1BURHE0GC627119,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 18-223
Honorable Bill R. Palmer, Judge Presiding

# O R D E R

Appellant's brief was due on November 15, 2018. *See* TEX. R. APP. P. 38.6(a). To date, Appellant has not filed the brief or a motion for extension of time to file the brief.

We ORDER Appellant to show cause in writing within TEN DAYS of the date of this order why this appeal should not be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a), 42.3(b), (c); *Elizondo v. City of San Antonio*, 975 S.W.2d 61, 63 (Tex. App.—San Antonio 1998, no pet.). Appellant's written response must include a reasonable explanation for Appellant's failure to timely file the brief. *See* TEX. R. APP. P. 38.8(a).

**If Appellant fails to show cause as ordered, this appeal will be dismissed without further notice.** *See id.* R. 42.3(b), (c); *Elizondo*, 975 S.W.2d at 63.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of December, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court